# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

November 15, 2002  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:      CR 02-00062HG

CASE NAME:        U.S.A. v THOMAS MITCHELL SCHNEPPER

ATTYS FOR PLA:    Lawrence L. Tong
                  Lawrence Futa, FBI
                  James Tamura-Wageman, FBI

ATTYS FOR DEFT:   Richard S. Kawana

INTERPRETER:

JUDGE:   Helen Gillmor           REPORTER:   Stephen Platt

DATE:    November 14, 2002       TIME:       2:00 - 2:50

**COURT ACTION: DEFENDANT'S MOTION TO COMPEL DISCOVERY AND APPROVE TRANSMISSION OF COPIES OF COMPUTER DRIVES AND DISKS**

The defendant is present in custody.

Defendant's motion is GRANTED. The parties shall draft a proposed order for the Court. The proposed order shall state, in part, that Defendant shall not under any circumstances be permitted access or view any graphic image file containing actual or alleged child pornography without petition to and further order of the Court but may access and view non-image data on the mirrored drives for the purpose of assisting in the preparation of his defense in the presence of counsel and under the direct supervision and control of counsel. The proposed order should also state that all copies shall be returned to the government at the conclusion of trial and destroyed.

Defendant affirmed that he wished a continuance of trial.

The new trial date is March 11, 2003 at 9:00 a.m.
Final pretrial conference before Magistrate Judge Kevin S. Chang is February 10, 2003 at 10:00 a.m.
The final pretrial conference before this Court is February 28, 2003 at 8:30 a.m.
The motions deadline is January 28, 2003 and the response deadline is February 11, 2003.

The motions in limine will be heard by the Court at the final pretrial conference on February 28, 2003.

The Court finds that the ends of justice served by such an action outweigh the best interest of the Defendant and the public in a speedy trial. The Court orders that the period from November 19, 2002 to and including March 11, 2003 be excluded from computation under the Speedy Trial Act as a failure to grant the continuance would unreasonably deny counsel for the Defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

cc:    above-listed parties
      Judge Gillmor's chambers

HP Fax Series 900  
Plain Paper Fax/Copier

Fax History Report for  
Courtroom Deputies  
(808) 541-1180  
Nov 18 2002 10:42am

Last 30 Faxes

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Oct 24 | 7:15am | Sent | 99562109 | 1:21 | 4 | OK |
| Oct 24 | 7:46am | Received | | 0:36 | 0 | No fax |
| Oct 24 | 4:28pm | Received | | 0:36 | 0 | No fax |
| Oct 25 | 10:42am | Received | 808 5367195 | 3:22 | 9 | OK |
| Oct 29 | 11:48am | Sent | 95457802 | 1:15 | 2 | Stop |
| Oct 29 | 11:50am | Sent | 95861376 | 0:44 | 2 | OK |
| Oct 29 | 11:52am | Sent | 95457802 | 1:15 | 2 | OK |
| Oct 31 | 8:07am | Received | | 0:36 | 0 | No fax |
| Oct 31 | 1:10pm | Received | | 0:37 | 0 | No fax |
| Nov 4 | 7:29am | Sent | 95330275 | 0:00 | 0 | No answer |
| Nov 4 | 7:32am | Sent | 95861488 | 1:09 | 3 | OK |
| Nov 4 | 7:33am | Sent | 95369394 | 1:05 | 3 | OK |
| Nov 4 | 10:29am | Sent | 95330275 | 1:12 | 1 | Error 346 |
| Nov 4 | 10:33am | Sent | 95330275 | 0:00 | 0 | No answer |
| Nov 4 | 10:36am | Sent | 95330275 | 2:54 | 3 | OK |
| Nov 4 | 3:43pm | Received | | 0:36 | 0 | No fax |
| Nov 4 | 4:41pm | Received | Atty. Andre Wooten | 1:12 | 2 | OK |
| Nov 4 | 10:08pm | Received | Atty. Andre Wooten | 3:06 | 16 | OK |
| Nov 6 | 10:10am | Sent | 919169302109 | 0:43 | 2 | OK |
| Nov 6 | 12:20pm | Sent | 95369394 | 0:44 | 2 | OK |
| Nov 6 | 12:21pm | Sent | 95412958 | 0:44 | 2 | OK |
| Nov 6 | 3:35pm | Sent | 95369394 | 0:48 | 2 | OK |
| Nov 8 | 4:04pm | Sent | 918089618622 | 0:43 | 2 | OK |
| Nov 8 | 5:19pm | Sent | 95861488 | 1:01 | 3 | OK |
| Nov 8 | 5:40pm | Sent | 95369394 | 1:06 | 3 | OK |
| Nov 13 | 4:21pm | Sent | 95861488 | 1:01 | 3 | OK |
| Nov 14 | 8:56am | Sent | 95330275 | 2:49 | 3 | OK |
| Nov 14 | 1:13pm | Received | | 0:36 | 0 | No fax |
| Nov 18 | 10:39am | Sent | 95412958 | 1:02 | 3 | OK |
| Nov 18 | 10:40am | Sent | 95369394 | 1:02 | 3 | OK |

Result:  
OK - black and white fax