EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT  3753
Assistant U.S. Attorney

LAWRENCE L. TONG  3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 2 2003

at 10 o'clock and 30 min. a.m.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-00062 HG |
| ) | |
| Plaintiff, ) | SUPERSEDING INDICTMENT |
| ) | |
| ) | 18 U.S.C. §§ 2422(b) |
| vs. ) | [Attempted Enticement of |
| ) | a Minor] |
| ) | 18 U.S.C. § 1470 |
| THOMAS M. SCHNEPPER, ) | [Attempted Transfer of Obscene |
| ) | Materials to a Minor] |
| ) | 18 U.S.C. § 2252 |
| ) | [Child Pornography] |
| _____ ) | |

SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges:

From on or about December 4, 2001 through on or about February 15, 2002, in the District of Hawaii and elsewhere, THOMAS M. SCHNEPPER, using the Internet, a facility and means of interstate commerce, did knowingly attempt to persuade, induce

and entice an individual who had not attained the age of 18 years, to engage in sexual activity for which said Thomas M. Schnepper could be charged with a criminal offense, namely, sexual assault in the first degree, a violation of Hawaii state law.

All in violation of Title 18, United States Code, section 2422(b).

## COUNT 2

The Grand Jury further charges:

On or about December 11, 2001, in the District of Hawaii and elsewhere, THOMAS M. SCHNEPPER, using the Internet, a facility and means of interstate commerce, did knowingly attempt to transfer obscene material, namely, a computer graphics file entitled "t,unit.jpg," to another individual who had not attained the age of 16 years, with said Thomas M. Schnepper then knowing that such person had not attained the age of 16 years.

In violation of Title 18, United States Code, section 1470.

## COUNT 3

The Grand Jury further charges:

On or about December 11, 2001, in the District of Hawaii and elsewhere, THOMAS M. SCHNEPPER, using the Internet, a facility and means of interstate commerce, did knowingly attempt to transfer obscene material, namely, a computer graphics file

entitled "tunit 3.jpg," to another individual who had not attained the age of 16 years, with said Thomas M. Schnepper then knowing that such person had not attained the age of 16 years.

In violation of Title 18, United States Code, section 1470.

## COUNT 4

The Grand Jury further charges:

On or about December 11, 2001, in the District of Hawaii and elsewhere, THOMAS M. SCHNEPPER, using the Internet, a facility and means of interstate commerce, did knowingly attempt to transfer obscene material, namely, a computer graphics file entitled "tunit 4.jpg," to another individual who had not attained the age of 16 years, with said Thomas M. Schnepper then knowing that such person had not attained the age of 16 years.

In violation of Title 18, United States Code, section 1470.

## COUNT 5

The Grand Jury further charges:

On or about December 11, 2001, in the District of Hawaii and elsewhere, THOMAS M. SCHNEPPER, using the Internet, a facility and means of interstate commerce, did knowingly attempt to transfer obscene material, namely, a computer graphics file entitled "tunit 5.jpg," to another individual who had not

attained the age of 16 years, with said Thomas M. Schnepper then knowing that such person had not attained the age of 16 years.

In violation of Title 18, United States Code, section 1470.

### COUNT 6

The Grand Jury further charges:

On or about December 13, 2001, in the District of Hawaii and elsewhere, THOMAS M. SCHNEPPER, using the Internet, a facility and means of interstate commerce, did knowingly attempt to transfer obscene material, namely, a computer graphics file entitled "tunit 6.jpg," to another individual who had not attained the age of 16 years, with said Thomas M. Schnepper then knowing that such person had not attained the age of 16 years.

In violation of Title 18, United States Code, section 1470.

### COUNT 7

The Grand Jury further charges:

On or about December 13, 2001, in the District of Hawaii and elsewhere, THOMAS M. SCHNEPPER, using the Internet, a facility and means of interstate commerce, did knowingly attempt to transfer obscene material, namely, a computer graphics file entitled "corynme01.jpg," to another individual who had not attained the age of 16 years, with said Thomas M. Schnepper then knowing that such person had not attained the age of 16 years.

In violation of Title 18, United States Code, section 1470.

### COUNT 8

The Grand Jury further charges:

On or about December 13, 2001, in the District of Hawaii and elsewhere, THOMAS M. SCHNEPPER, by means of a computer, did knowingly transport and ship, and attempt to transport and ship, in interstate commerce, a visual depiction the production of which involved the use of a minor engaged in sexually explicit conduct, namely, a computer file entitled "Mandy taken a dare for $100.jpg," with said Thomas M. Schnepper then knowing that the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, and that such visual depiction was of such conduct.

///
///
///
///
///
///
///

In violation of Title 18, United States Code, section 2252 (a)(1) and (b)(1).

DATED: Honolulu, Hawaii, February 12, 2003.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

_____
LAWRENCE L. TONG
Assistant U.S. Attorney

United States v. Thomas M. Schnepper
"Superseding Indictment"
Cr. No. 02-0062 HG

6