IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00062 ACK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| THOMAS M. SCHNEPPER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In June 2003 a jury found defendant Thomas M. Schnepper guilty of Counts 1-5 and 7, use of the internet to attempt to transfer obscene material to a minor. On February 3, 2004 the Court sentenced Defendant to 87 months imprisonment. Defendant appealed, and on January 27, 2006 the Ninth Circuit Court of Appeals, having affirmed the District Court's judgment on January 5, 2006, issued an order remanding the case to the District Court solely for the purpose of sentencing consistent with U.S. v. Ameline 409 F.3d 1073, 1085 (9th Cir. 2005), which instructs the District Court to review Defendant's sentence to determine if it would have sentenced Defendant differently pursuant to an advisory Guidelines system in accordance with U.S. v. Booker, 125 S.Ct. 738 (2005).

The parties are given until March 10, 2006 to submit written arguments as to whether Defendant's sentence should be changed in light of <u>Ameline</u>.

The Court presided over the trial of Defendant. The Court shall review the sentence based on the record, the evidence presented at the trial, and written arguments presented by the parties. Pursuant to <u>Ameline</u>, Defendant's sentencing shall be reviewed without a hearing unless, after considering the above, the Court determines that the sentence imposed would have differed materially if the Court were applying the Guidelines as advisory rather than mandatory.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, February 2, 2006.

_____
Alan C. Kay
Sr. United States District Judge

<u>USA v. Schnepper; Cr. No. 02-00062 ACK; Order</u>