EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

LAWRENCE L. TONG 3040
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00062 ACK |
|  | ) |  |
| Plaintiff, | ) | AMENDED CERTIFICATE OF SERVICE |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| THOMAS M. SCHNEPPER, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

AMENDED CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that, on the dates and by the methods of service noted below, the true and correct copy of Government's Memorandum in Response to Ameline Remand filed February 10, 2006 was served on the following at their last known address:

      Served by first class mail:

      Richard S. Kawana, Esq.      February 10, 2006
      810 Richards Street, Suite 851
      Honolulu, HI 96813

      Attorney for Defendant
      THOMAS M. SCHNEPPER

```
Served by hand delivery:

U.S. Probation Office          March 1, 2006
300 Ala Moana Blvd., Rm. 215
Honolulu, HI 96850-0001

DATED:  Honolulu, Hawaii, March 1, 2006.


                               /s/ Janice Tsumoto
```