RICHARD S. KAWANA  #1608
Attorney at Law
4 South King Street, Suite 201
Honolulu, HI  96813
Tel. No.:  (808) 536-6805
Fax:       (808) 536-7195
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 02-00062 ACK 01 |
| | ) | |
| Plaintiff, | ) | AMENDED CERTIFICATE OF SERVICE |
| | ) | (DEFENDANT SCHNEPPER'S |
| vs. | ) | SENTENCING MEMORANDUM ON |
| | ) | AMELINE REMAND, FILED MARCH 10, |
| THOMAS M. SCHNEPPER, | ) | 2006) |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

AMENDED CERTIFICATE OF SERVICE
(DEFENDANT SCHNEPPER'S SENTENCING MEMORANDUM
ON AMELINE REMAND, FILED MARCH 10, 2006)

The undersigned hereby certifies that DEFENDANT SCHNEPPER'S SENTENCING

MEMORANDUM ON AMELINE REMAND, Filed March 10, 2006, was duly served on March

13, 2006 by Hand Delivery upon the following:

| | |
|---|---|
| EDWARD H. KUBO, JR. | ELLIE ASASAKI |
| United States Attorney | U.S. Probation Officer |
| LAWRENCE L. TONG | U.S. Courthouse, Rm C-110 |
| Assistant U.S. Attorney | 300 Ala Moana Blvd, Box 50111 |
| Room 6-100, Prince Jonah Kuhio | Honolulu, HI  96850 |
| Kalanianaole Federal Building | |
| 300 Ala Moana Boulevard, Box 50183 | |
| Honolulu, HI  96850 | |

    Attorneys for Plaintiff
    United States of America

DATED: Honolulu, Hawaii, March 13, 2006.

/s/ Richard S. Kawana
RICHARD S. KAWANA
Attorney for Defendant
THOMAS M. SCHNEPPER

---

United States of America v. Thomas M. Schnepper, Cr. No. 02-00062 ACK 01, Amended Certificate of Service (Defendant Schnepper's Sentencing Memorandum on Ameline Remand, Filed March 10, 2006)