IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 02-00062ACK-01 |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | |
| ) | Date Filed: 03/10/06 |
| Thomas M. Schnepper, ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

# THIS IS A SEALED DOCUMENT

ORIGINAL TO BE STORED IN A SEPARATE FILE

TITLE OF DOCUMENTS:

Defendant Schnepper's SENTENCING MEMORANDUM on Ameline Remand; Exhibits A-E ; Certificate of Service

DOCUMENT NO. 163