RICHARD S. KAWANA  #1608
Attorney at Law
4 South King Street, Suite 201
Honolulu, HI  96813
Tel. No.:(808) 536-6805
Fax No:  (808) 536-7195

Attorney for Defendant
THOMAS M. SCHNEPPER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,    )| CR. NO. 02-00062 ACK |
|        Plaintiff,    )| NOTICE OF APPEAL |
|   vs.    )| |
| THOMAS M. SCHNEPPER,    )| |
|        Defendant.    )| |

## NOTICE OF APPEAL

Notice is hereby given that Defendant THOMAS M. SCHNEPPER, by his court-appointed attorney, Richard S. Kawana, hereby appeals pursuant to the Criminal Justice Act, to the United States Court of Appeals for the Ninth Circuit, from the Order Declining to Resentence Defendant and Adopting the Judgment of February 3, 2004, entered in this action by the Honorable Alan C. Kay, Senior United States District Judge, on the 3rd day of May 2006.

DATED:  Honolulu, Hawaii, May 12, 2006.

_____
RICHARD S. KAWANA
Attorney for Defendant