# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: November 21, 2005

To:  Clerk's Office
     Richard H. Chambers U.S. Court of Appeals Building
     125 South Grand Avenue
     Pasadena   CA   91105
     Attn: Adolfo Guzman

RECEIVED
CLERK U.S. DISTRICT COURT
MAY 17 2006
DISTRICT OF HAWAII

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

| | | | |
|---|---|---|---|
| DC No: | CR 02-00062ACK | Appeal No: | 04-10100 |
| Short Title: | USA v. SCHNEPPER | | |

| | | |
|---|---|---|
| Clerk's Files in | 3 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 20 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 1 sealed envelope with multiple sealed documents and one (1) sealed transcript

Acknowledgment: _____    Date: _____

cc: all parties of record