NAME Thomas Schnepper
REG# 88704-028
FEDERAL CORRECTIONAL INSTITUTION
3600 GUARD ROAD
LOMPOC, CA 93436

Special Legal Mail

Clerk of Courts
300 Ala Moana Blvd.
Honolulu, HI. 96850

Att Judge Kay

Special Legal Mail



FCI LOMPOC
3600 GUARD ROAD
LOMPOC, CA 93436

5-17-06

Placed in FCI Post
Lompoc mailbox on
May 16, 2006
Tom Schnepper
JB  witnessed
GTG

RECEIVED
CLERK, U.S. DISTRICT COURT

MAY 1 9 2006

DISTRICT OF HAWAII



NAME Thomas M Schnepper
8x704-022
CORRECTIONAL
3600 GUARD ROAD
LOMPOC, CA 93436

SANTA BARBARA CA 931
18 MAY 2006 PM

Clerk of Courts "Att Judge Kay"
300 Ala Moana Blvd.
Fed. Building
Honolulu, HI 96850

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 22 2006
DISTRICT OF HAWAII