## UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

May 30, 2006

Lawrence L. Tong, AUSA
Office of the United States Attorney
300 Ala Moana Blvd., Rm. 6100
Honolulu, HI   96850


IN RE:        U.S.A v. THOMAS M. SCHNEPPER
CR NO.        CR 02-00062ACK


Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 05/12/06.

All counsel (or Pro Se) should read and follow the enclosed instructions.  Thank You.

Sincerely,
Sue Beitia, Clerk

By      Laila M. Geronimo
        Deputy


cc:     Clerk, 9th CCA w/copy of NA,
                docket sheet, dfnf
        Richard S. Kawana
                with copy of instructions for criminal appeals
                Transcript Desig. & Ordering Form
                with instructions and a copy of the
                docket sheet

Memorandum                                                                 Date: May 30, 2006

To:     Parties in U.S. vs. THOMAS M. SCHNEPPER

        D.C. No.: CR 02-00062ACK

From:   Clerk, United States District Court

        By: Criminal Appeals, deputy Clerk

Re:     Criminal Appeals Expediting Program


    The attached time schedule has been established pursuant to the Criminal Appeals Expediting Program of the U.S. Court of Appeals for the Ninth Circuit. Please note the due dates or payment of the docketing fee (if not already paid or proceeding under the CJA) and for designating the court reporter's transcript, if any. These dates are set under guidelines established by the Court of Appeals, and any modification of the dates can only be authorized by that court.

    A copy of your notice of appeal and other docketing information is being mailed to the court of Appeals forthwith. You will receive a docketing letter from the Court of Appeals with the appeal number and other essential information within a few days.

    If there is any uncertainty as to appellant's financial ability or counsel's willingness to prosecute the appeal, these questions should be brought immediately to the attention of the district judge or to the Court of Appeals. Failure to adhere to the attached time schedule may result in dismissal of the appeal and/or disciplinary measures against counsel of record. See Ninth Circuit Rule 42-1; Ninth Circuit Rules Appendix, 2-5.

TO:      Clerk, U.S. Court of Appeals      Date: May 30, 2006

FROM:    Clerk, U.S. District Court, Hawaii

SUBJECT:  New Appeals Docketing Information, Criminal Case

## CASE INFORMATION

COMPLETE TITLE:    U.S.A. vs THOMAS M. SCHNEPPER

U.S.D.C CASE NO.    CR 02-00062ACK

U.S.D.C. JUDGE:    Alan C. Kay

COMPLAINT (✓), INDICTMENT ( ), INFORMATION ( ), PETITION ( ), FILED:   02/19/02

APPEALED ORDER FILED:    05/03/06

NOTICE OF APPEAL FILED:    05/12/06

## COUNSEL INFORMATION

APPELLANT:  
Richard S. Kawana  
Attorney at Law  
4 South King St., Ste. 201  
Honolulu, HI 96813

APPELLEE:  
Lawrence L. Tong, AUSA  
Office of the United States Attorney  
300 Ala Moana Blvd., Rm. 6100  
Honolulu, HI 96850

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: CJA

      (e.g. C.J.A., Public Defender, Other.)

## DEFENDANT INFORMATION

ADDRESS:                        CUSTODY:    ✓

                                        BAIL:

F/P GRANTED:  ___

                                        COUNSEL WAIVED:  ___

NO OF DAYS OF TRIAL:  _

                                        COURT REPORTER(S):  ___

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** U.S.A. vs. THOMAS M. SCHNEPPER

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 02-00062ACK

II. **DATE NOTICE OF APPEAL FILED:** 05/12/06

III. **U.S. COURT OF APPEALS PAYMENT STATUS:** CJA appointed

   **DOCKET FEE PAID ON:**              **AMOUNT:**

   **NOT PAID YET:**                    **BILLED:**

   **U.S. GOVERNMENT APPEAL:**          **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

   **IF YES, SHOW DATE:**

   **WAS F.P. STATUS REVOKED:**         **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)