IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| **UNITED STATES,** | ) | Cr. No. 02-00062 ACK |
| Plaintiff, | ) | |
| v. | ) | |
| **THOMAS M. SCHNEPPER,** | ) | |
| Defendant. | ) | |

**ORDER DENYING MOTION FOR RECONSIDERATION FOR LACK OF JURISDICTION**

On May 30, 2006, Defendant filed a Motion for Reconsideration for Court Order ("Motion for Reconsideration"), seeking reconsideration of this Court's Order Declining to Resentence Defendant and Adopting the Judgment of February 3, 2004 ("Order Declining Resentence"). This Court finds that it does not have jurisdiction to entertain the Motion for Reconsideration because Defendant (through his attorney) previously filed a Notice of Appeal of the Order Declining Resentence. See Notice of Appeal (May 12, 2006); see also United States v. Ortega-Lopez, 988 F.2d 70, 72 (9th Cir. 1993) (filing of notice of appeal confers jurisdiction on the appellate court and divests the district court of jurisdiction over those aspects of the case involved in the appeal). Accordingly, Defendant's Motion for Reconsideration is denied for lack of jurisdiction.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, June 2, 2006.



_____
Alan C. Kay
Sr. United States District Judge

United States v. Schnepper, Cr. No. 02-00062 ACK, ORDER DENYING MOTION FOR RECONSIDERATION FOR LACK OF JURISDICTION.