NAME Thomas D. Schnepper
REG# 88704-022
CENTRAL CORRECTIONAL INSTT
3600 GUARD ROAD
LOMPOC, CA 93436

SANTA BARBARA
CA 931 1T
31 MAY 2006 PM

(Legal) Mail

Clerk of Courts
300 Ala Moana Blvd.
Federal Bldg. Honolulu Hi. 96268

( ATT. Judge Kay)

(Suppliment)

**RECEIVED**
CLERK, U.S. DISTRICT COURT
JUN 02 2006
DISTRICT OF HAWAII



FCI LOMPOC
3600 GUARD ROAD
LOMPOC, CA 93436

5-31-06

DATE: The enclosed letter was processed through a special mailing procedure for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.