UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
SEP 29 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-10338 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-02-00062-ACK<br>District of Hawaii,<br>Honolulu |
| v. | |
| THOMAS M. SCHNEPPER, | ORDER |
| Defendant - Appellant. | |

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 02 2006
DISTRICT OF HAWAII

Before: Peter L. Shaw, Appellate Commissioner

The motion of Richard S. Kawana, Esq., 4 South King Street, Suite 201, Honolulu, Hawaii 96813, (808) 536-6805, to be relieved as counsel for appellant is granted. No compensation shall be awarded to counsel Kawana under the Criminal Justice Act for this representation. New counsel will be appointed by separate order.

The Clerk shall serve a copy of this order by facsimile transmission on Magistrate Judge Barry M. Kurren, U.S. District Court for the District of Hawaii, P.O. Box 50122, Honolulu, Hawaii 96850, (FAX: (808) 541-3500), who will locate appointed counsel. The district court shall provide the Clerk of this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 556-6228) within 14 days of locating counsel.

06-10338

New counsel shall designate the reporter's transcript by November 15, 2006. The transcript is due December 15, 2006. Appellant's opening brief and excerpts of record are due January 24, 2007; appellee's answering brief is due February 23, 2007; and the optional reply brief is due within 14 days after service of the answering brief.

Richard S. Kawana, Esq., is admonished for his failure to comply with previous court orders and for his failure to prosecute this appeal in a timely manner. Future failure to comply with this court's rules and orders and to prosecute timely an appeal to hearing as required by the Federal Rules of Appellate Procedure and the Ninth Circuit Rules may result in the imposition of sanctions on counsel Kawana and an order deeming counsel Kawana ineligible to receive appellate appointments under the Criminal Justice Act.

The Clerk shall also serve this order on appellant individually at Reg. No. 88704-022, Federal Correctional Institution (Lompoc), 3600 Guard Road, Lompoc, California 93436.

*Peter L. Shaw*
General Order 6.3(e)