# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII
## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. CA No. 06-10338        U.S. District Court Case No. CR-02-00062-ACK

Short Case Title: United States of America v. Thomas Schnepper

Date Notice of Appeal Filed by Clerk of District Court: 05/12/2006

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
DEC 05 2006
at __ o'clock and __ min __ M
SUE BEITIA, CLERK

### SECTION A - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 03/04/2002 | Ct Rptr: FTR-CD 3-Courtroom 7 10:15-10:17 by Mag Judge Kobayashi | A & P as to the Indictment - |
| 05/24/2002 | Ct Rptr: C6-tape no. 1242 by Judge Kurren | Defendant's motion to withdraw |
| 02/18/2003 | Ct Rptr: C6 Tape No. 1332 by Mag Judge Kurren | Final Pretrial Conference and A & P as to the Superseding Indictment-Defendant |
| 05/22/2003 | Ct Rptr: ESR (L.G.) | Pretrial Conference & Motions in Limine: |
| 05/28/2003 | Ct Rptr: Cynthia Fazio | Jury Selection |

(Attach additional page for designations if necessary) **SEE ATTACHMENT**

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

( ) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: 10/14/2006       Estimated date for completion of transcript: 12/15/06 (due date set by clerk, Ninth Circuit, see order filed 9/29/06)

Print Name of Attorney: Georgia K. McMillen       Phone Number: (808) 242-4343

Signature of Attorney: ___

Address: Law Office of Georgia K. McMillen; P.O. Box 1512; Wailuku Maui, HI 96793

### SECTION B - To be completed by court reporter

I, ___ (Signature of court reporter) have received this designation.

(✓) Arrangements for payment were made on 10-20-06

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

45 Approximate Number of Pages in Transcript - Due Date 11-20-06

### SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed 11/2/06   Court Reporter's Signature ___

### SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Sue Beitia       12/05/06       BY: ___
(U.S. District Court Clerk)    (Date)              DEPUTY CLERK

# ATTACHMENT to Transcript Designation & Order Form

<u>USA v. Thomas Schnepper</u>, CR No. 02-00062-ACK

| <u>DATE</u> | | <u>PROCEEDING</u> | <u>COURT REPORTER</u> |
|---|---|---|---|
| 05/29/2003 | 100 | Jury Trial, 1st day. | Cynthia Fazio |
| 05/30/2003 | 103 | Jury Trial, 2nd day. | Cynthia Fazio |
| 06/02/2003 | 105 | Jury Trial, 3rd day. | Cynthia Fazio. |
| 06/03/2003 | 106 | Jury Trial, 4th day. | Cynthia Fazio. |
| 06/04/2003 | 107 | Jury Trial, 5th day. | Cynthia Fazio. |
| 06/06/2003 | 113 | Jury Trial, 7th day. | Cynthia Fazio. |
| 12/18/2003 | 134 | Motion to Impose Sentence | Stephen Platt. |
| 01/20/2004 | 140 | Sentencing. | Laila Geronimo-ESR. |
| 01/27/2004 | 143 | Sentencing. | Cynthia Fazio. |