# United States Court of Appeals for the Ninth Circuit
# Record Transmittal Form

Date: May 24, 2007

To: United States Court of Appeals    Attn: (✓) Civil
      For the Ninth Circuit
      Office of the Clerk                 ( ) Criminal
      95 Seventh Street
      San Francisco, California 94103    ( ) Judge

From: United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:          CR 02-00062ACK       Appeal No:    06-10338
Short Title:      USA vs. Schnepper

Clerk's Files in    3    volumes (✓) original ( ) certified copy
Bulky docs           volumes (folders) docket #
Reporter's Transcripts    20    volumes (✓) original ( ) certified copy
Exhibits              volumes ( ) under seal
                    boxes ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos: 29 sealed docs.

Acknowledgment: _____ Date: _____

cc: counsel