United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date:  May 24, 2007

RECEIVED
CLERK, U.S. DISTRICT COURT

JUL 23 2007

12:15
DISTRICT OF HAWAII

To:    United States Court of Appeals       Attn:  ( )    Civil
       For the Ninth Circuit
       Office of the Clerk                         (✓)   Criminal
       95 Seventh Street
       San Francisco, California 94103             ( )    Judge

From:  United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:              CR 02-00062ACK              Appeal No:    06-10338

Short Title:        USA vs. Schnepper

Clerk's Files in        3        volumes  (✓) original  ( ) certified copy

Bulky docs                       volumes (folders)   docket #

Reporter's              20       volumes  (✓) original  ( ) certified copy
Transcripts

Exhibits                         volumes  ( ) under seal

                                 boxes  ( ) under seal

FILED

JUN 04 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

Other:
-certified copy of docket sheet
-sealed document nos: 29 sealed docs.

Acknowledgment: _____ G·DNIS _____          Date: _____

cc: counsel