UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 06-10338 |
| --- | --- |
| Plaintiff - Appellee, | D.C. No. CR-02-00062-ACK |
| v. | |
| THOMAS M. SCHNEPPER, | **JUDGMENT** |
| Defendant - Appellant. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 24 2007

at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 09/28/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 22 2007

by: _____
Deputy Clerk

**FILED**

**NOT FOR PUBLICATION**

SEP 28 2007

UNITED STATES COURT OF APPEALS

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. THOMAS M. SCHNEPPER, Defendant - Appellant. | No. 06-10338  D.C. No. CR-02-00062-ACK  MEMORANDUM* |

Appeal from the United States District Court
for the District of Hawaii
Alan C. Kay, District Judge, Presiding

Submitted September 24, 2007**

Before:   CANBY, TASHIMA and RAWLINSON, Circuit Judges.

Thomas M. Schnepper appeals from the district court's order declining to resentence Schnepper following remand pursuant to *United States v. Ameline*, 409 F.3d 1073 (9th Cir. 2005) (en banc).

---

   *   This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

   **   This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), counsel for Schnepper has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No pro se or government brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83-84 (1988), discloses no grounds for relief.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's order is **AFFIRMED**.

2

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

OCT 22 2007

by:
Deputy Clerk