INTERNAL USE ONLY: Proceedings include all events.
06-10338 USA v. Schnepper

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Lawrence L. Tong, Esq.<br>FAX 808/541-2958<br>808/541-2850<br>Ste. 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850<br><br>Michael A. Rotker, Esq.<br>202/514-3308<br>Ste. 6206<br>[COR LD NTC aus]<br>U.S. Dept. of Justice<br>601 D St. NW<br>Washington, DC 20530 |
| v. | |
| THOMAS M. SCHNEPPER<br>    Defendant - Appellant | Georgia K. McMillen, Esq.<br>FAX 808/242-4343<br>808/242-4343<br>[COR LD NTC cja]<br>P.O. Box 1512<br>Wailuku Maui, HI 96793 |