January 2, 2008

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
## (415) 355-7820

**RECEIVED**
CLERK U.S. DISTRICT COURT
JAN 07 2008
12:45 p-
DISTRICT OF HAWAII

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-02-00062-ACK
**Appeal Number:** 06-10338
**Short Title:** USA v Schnepper

|                          | Volumes |         |   |                   |
|--------------------------|---------|---------|---|-------------------|
| Clerk's Records in:      | 3       |         | 0 | Certified Copy(ies) |
| Reporters Transcripts in:| 20      |         |   |                   |

| Bulky Documents in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
|---------------------|---|-----------|---|----------|---|---------|---|-------|
|                     | 0 | Other     |   |          |   |         |   |       |
| State Lodged Docs in:| 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
|                     | 0 | Other     |   |          |   |         |   |       |

Other:

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: May 24, 2007

To:   United States Court of Appeals   Attn:  (✓)   Civil
      For the Ninth Circuit
      Office of the Clerk   ( )   Criminal
      95 Seventh Street
      San Francisco, California 94103   ( )   Judge

From:  United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

DC No:        CR 02-00062ACK           Appeal No:    06-10338
Short Title:  USA vs. Schnepper

| | | |
|---|---|---|
| Clerk's Files in | 3 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 20 | volumes  (✓) original  ( ) certified copy |
| Exhibits | | volumes  ( ) under seal |
| | | boxes  ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 29 sealed docs.   1/7/08

Acknowledgment: _____S. DAVIS_____   Date: _____

FILED
JUN 0 4 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

SEALED

cc: counsel